**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Troy Richard Broitzman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | 2:23-bk-00818 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $                379,548.50 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $              1,822,036.06 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $              2,201,584.56 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $              6,167,796.62 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $                         0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $                326,011.07 |
| **Your total liabilities** | $              6,493,807.69 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $                  22,999.99 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $                  32,793.95 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **Troy Richard Broitzman**
_____

Case number *(if known)* **2:23-bk-00818**

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Troy Richard Broitzman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | 2:23-bk-00818 | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**1588 Vizcaya Lane**
Street address, if available, or other description

| | | |
|---|---|---|
| **Naples** | **FL** | **34113-0000** |
| City | State | ZIP Code |

**Collier**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$758,797.00** | **$379,398.50** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Troy Richard Broitzman**                                    Case number *(if known)*  **2:23-bk-00818**

**1.2**    **If you own or have more than one, list here:**

**Wanderer's Rest Cemetery Association**
Street address, if available, or other description

City                    State          ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

■ Other      **Burial Plot**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150.00 | $150.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>    **$379,548.50**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**  Make:  **Tesla**
Model:  **Model X**
Year:  **2022**
Approximate mileage:  **17,000**
Other information:

**VIN # 7SAXCDE52NF342014 Used for Business Purposes Car has already been surrendered.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $73,238.00 | $73,238.00 |

**3.2**  Make:  **Tesla**
Model:  **Model Y Long Range**
Year:  **2021**
Approximate mileage:  **32,785**
Other information:

**VIN # 5YJYGDEE2MF189980 Paid for by the business but debtor signed personally**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $34,346.00 | $34,346.00 |

Debtor 1     **Troy Richard Broitzman**                     Case number *(if known)*  **2:23-bk-00818**

| 3.3 | Make: | **Sondors** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3  Make: **Sondors**

Model: **Motorcycle**

Year: **2021**

Approximate mileage: **10**

Other information:

**VIN # LB2S1MEF9MX001620**
**Ebike- Marital asset**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$2,000.00**          **$1,000.00**

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make: **Newell Coach**

Model: **45' RV**

Year: **2005**

Other information:

**VIN # 1N9458X8951011741**
***This is currently being remodeled and is completely disassembled and in pieces and does not have very much value until it is remodeled and finished.**
**Debtor is currently trying to negotiate a reaffirmation agreement to market value. This coach needs about $500,000 worth of work to put it back together.**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$10,000.00**          **$5,000.00**

---

4.2  Make: **Newell Coach**

Model: **45' RV**

Year: **2007**

Other information:

**VIN # 1N9458X8571011206**
**Purchased for personal use, but was purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$175,000.00**          **$175,000.00**

4.3    Make:    **Newell Coach**

Model:    **45' RV**

Year:    **2011**

Other information:

**VIN # 1N9458X86B1011417 Purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$400,000.00          $200,000.00

---

4.4    Make:    **Newmar**

Model:    **BayStar 3416 RV**

Year:    **2022**

Other information:

**Purchased for business use, but was purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit. VIN # 1F66F5DN0M0A03467**

Who has an interest in the property? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$100,000.00          $100,000.00

---

4.5    Make:    **Tiaga Motors**

Model:    **Orca JetSki**

Year:    **2022**

Other information:

**VIN # YEZC0071K222 *Has some hull damage on the bottom and side VIN # YEZC0072K222 Purchased for personal use and goes with the 2022 trailer**

Who has an interest in the property? Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$30,000.00          $30,000.00

---

4.6    Make:    **Sea Ray**

Model:    **Sun Deck 350 Boat**

Year:    **2002**

Other information:

**VIN # SERV5027E202 Marital asset - No Debt Debtor and wife purchased the boat around 2 years ago and it has never seen the water.**

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

$15,000.00          $7,500.00

Debtor 1    **Troy Richard Broitzman**                              Case number *(if known)* **2:23-bk-00818**

| 4.7 | Make: **Forrest River** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

4.7   Make: **Forrest River**

Model: **GANS714TA2 Trailer**

Year: **2023**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Other information:
**VIN # 5NHUNS42XPU142690 Enclosed Small trailer in the business name, but it was listed on the Debtor's schedules because the loan was put into Debtor's name only. Appraised by Joy Kelly**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$4,600.00**     **$4,600.00**

---

4.8   Make: **Continental**

Model: **Trailer**

Year: **2014**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Other information:
**VIN # 1ZJBB1611EC016639 Jet ski trailer owned jointly with wife**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$500.00**     **$250.00**

---

4.9   Make: **Rocket**

Model: **Trailer**

Year: **2020**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Other information:
**VIN # 7KJB6CT21LA016722 Trailer that came with the boat in debtor and wife's names.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$500.00**     **$250.00**

---

4.10   Make: **First Load**

Model: **Rocket Trailer**

Year: **2022**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Other information:
**VIN # 1R9AB2728NF962077 This is the trailer the jetskis and is financed with the jet skis.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$2,000.00**     **$2,000.00**

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..............................................................=>

**$633,184.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| **Sleep Number Bed**<br>**\*Subject to a loan with Synchrony Bank in Non-Filing Spouses'**<br>**name only**<br>**Listed only because it was a household marital item.** | **$1,000.00** |

| | |
|---|---|
| **Stove, Refrigerator, Mini-fridge, Cooler, Freezer, Microwave,**<br>**Small/counter appliances, Grill, Knives, Cooking utensils,**<br>**Pots/pans, Dishes, Flatware, Cups, Glassware, Vacuum,**<br>**Brooms/mops/cleaning supplies, Dining table, Chairs, Buffet,**<br>**Folding table, Folding chairs, Bed(s), Dresser(s), Nightstand(s),**<br>**Bookcase, Desk, Office chair, Lamps, Towels, Bed linens, Couch,**<br>**Loveseat, Recliner, Luggage, Blower, Yard tools, Patio/outdoor**<br>**furniture, Hand tools, Power tools**<br><br>**Debtor and his wife have purchased items to upgrade their home**<br>**and some of those items are in storage units waiting to be**<br>**installed.** | **$7,500.00** |

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| **MacBook Pro T**<br>**Debtor believes the business paid for this asset and it was used**<br>**for the business by H and W.** | **$1,800.00** |

| | |
|---|---|
| **MacBook Pro Q**<br>**Purchased personally for business use.** | **$2,500.00** |

| | |
|---|---|
| **Television(s), Tablet, Cellular phone(s), Smartwatch, Audio/video**<br>**receiver, Speakers, Amazon Echo/Google Dot/similar, Printer,**<br>**Gaming system** | **$2,000.00** |

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

  ■ No
  ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

  ■ No
  ☐ Yes. Describe.....

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

  ■ No
  ☐ Yes. Describe.....

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

  ☐ No
  ■ Yes. Describe.....

| Various clothing items and shoes | $200.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes.  Describe.....

| Ring(s) | $200.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes.  Describe.....

| Cats | $10.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| $15,210.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes.................................................................................

| | Cash | $200.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes......................

|  |  | Institution name: |  |
|---|---|---|---|
| 17.1. | Checking | **Chase Bank - Acct #1897** <br> **Joint Bank account** <br> **Debtor's and Wife's Salaries** | $2,554.00 |
| 17.2. | Checking | **LMCU - Acct #2400-01** <br> **This money came from Debtor's and Spouse's salaries** | $16,344.00 |
| 17.3. | Checking | **Frankenmurth CU - acct #7681-110** | $0.00 |
| 17.4. | Savings | **Corning CU - acct #490-0001** <br> **Joint Bank accout used to pay for the solar loan.** | Unknown |

| | | | |
|---|---|---|---|
| 17.5. | **Savings** | **LMCU - Acct #2400-00**<br>**Joint Bank Account** | **$5.00** |
| 17.6. | **Savings** | **Frankenmurth CU - acct #7681-000**<br>**Joint Savings Account** | **$2.50** |
| 17.7. | **Savings** | **Frankenmurth CU - acct #7681-030**<br>**Joint Bank account with wife**<br>**Escrow Account with the 2005 Newell debt,**<br>**debt only in debtor's name** | **$113,155.13** |
| 17.8. | **Savings** | **US Alliance Financial - Acct #2186-1080**<br>**Debtor's name alone** | **$1.00** |
| 17.9. | **Checking** | **Alliant Credit Union - Acct #5636-40** | **$0.00** |
| 17.10. | **Savings** | **Alliant Credit Union - Acct #5636-01** | **$5.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................

|  | Institution or issuer name: | |
|---|---|---|
|  | **Interactive Brokers IBKR - 1 Share of Tesla stock**<br>**Joint Account with Wife** | **$934.56** |
|  | **Charles Schwab**<br>**Joint with Wife** | **$270.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Majestic Lake LLC**<br>**Purchased a road, has no monetary value since**<br>**the land attached was sold.** | **50%** | % | **$50.00** |
| **BROIT BUILDERS INC**<br>***Filed Ch.11 Bankruptcy July 10, 2023** | **100%** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:          Institution name:

| IRA | Charles Schwab | $15,836.76 |
|-----|----------------|------------|

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☐ No
   ■ Yes. ....................                      Institution name or individual:

| | | |
|-----|----------------|------------|
| **Landlords** | **Stuart and Katherine Pullen**<br>**Lease for rental home**<br>**Security deposit** | **$5,000.00** |
| **Landlord** | **Hideout Elite RV Storage**<br>**RVs stored at this location**<br>**Security deposit**<br>**Funds came from joint checking account** | **$2,000.00** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|--------------------------------|---------------------------------------------|

**28. Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
   ■ No

Debtor 1    **Troy Richard Broitzman**                                    Case number *(if known)* **2:23-bk-00818**

☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **American Family - Term Life Insurance** | | **$0.00** |
| **AIG - Term Life Insurance** | | **$0.00** |
| **Western Fraternal Life- Term Life Insurance** **nka Better Life Insurance Company** | | **$0.00** |

32.  **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................**          | **$156,357.95** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

Debtor 1    **Troy Richard Broitzman**                                    Case number *(if known)*  **2:23-bk-00818**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| Any and all other unknown assets and causes of action of the Debtor existing at the time of filing. | **Unknown** |
| Debtor is owed approximately $1,016,284.11 from Chapter 11 Debtor Broit Builders, Inc. d/b/a Broit Lifting United States Bankruptcy Court, Middle District of Florida Case No.: 2:23-bk-00762-FMD.  Unfortunately, the Debtor highly doubts that he will ever be paid back.  Debtor believes the amount could be even higher. | **$1,016,284.11** |
| Solar panels on the home are personal property | **$1,000.00** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................   **$1,017,284.11**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .........................................................................................   **$379,548.50**
56. **Part 2: Total vehicles, line 5**    **$633,184.00**
57. **Part 3: Total personal and household items, line 15**    **$15,210.00**
58. **Part 4: Total financial assets, line 36**    **$156,357.95**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +  **$1,017,284.11**

62. **Total personal property.** Add lines 56 through 61...    **$1,822,036.06**    Copy personal property total    **$1,822,036.06**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$2,201,584.56**

Official Form 106A/B                      Schedule A/B: Property                            page 11

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Troy Richard Broitzman** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **2:23-bk-00818** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1588 Vizcaya Lane Naples, FL 34113 Collier County**<br>Line from *Schedule A/B*: **1.1** | $379,398.50 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **2021 Sondors Motorcycle 10 miles VIN # LB2S1MEF9MX001620 Ebike- Marital asset**<br>Line from *Schedule A/B*: **3.3** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| **Stove, Refrigerator, Mini-fridge, Cooler, Freezer, Microwave, Small/counter appliances, Grill, Knives, Cooking utensils, Pots/pans, Dishes, Flatware, Cups, Glassware, Vacuum, Brooms/mops/cleaning supplies, Dining table, Chairs, Buffet, Folding table, Foldi**<br>Line from *Schedule A/B*: **6.2** | $7,500.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **MacBook Pro T**<br>Debtor believes the business paid for this asset and it was used for the business by H and W.<br>Line from *Schedule A/B*: **7.1** | $1,800.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Debtor 1   **Troy Richard Broitzman**                               Case number (if known)   **2:23-bk-00818**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **MacBook Pro Q**<br>**Purchased personally for business use.**<br>Line from *Schedule A/B*: **7.2** | $2,500.00 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Television(s), Tablet, Cellular phone(s), Smartwatch, Audio/video receiver, Speakers, Amazon Echo/Google Dot/similar, Printer, Gaming system**<br>Line from *Schedule A/B*: **7.3** | $2,000.00 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Various clothing items and shoes**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **Ring(s)**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **Cats**<br>Line from *Schedule A/B*: **13.1** | $10.00 | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Checking: Chase Bank - Acct #1897**<br>**Joint Bank account**<br>**Debtor's and Wife's Salaries**<br>Line from *Schedule A/B*: **17.1** | $2,554.00 | ■ **$12,176.21**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Checking: LMCU - Acct #2400-01**<br>**This money came from Debtor's and Spouse's salaries**<br>Line from *Schedule A/B*: **17.2** | $16,344.00 | ■ **$16,344.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Savings: Corning CU - acct #490-0001**<br>**Joint Bank accout used to pay for the solar loan.**<br>Line from *Schedule A/B*: **17.4** | Unknown | ■ **$662.53**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Savings: LMCU - Acct #2400-00**<br>**Joint Bank Account**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ■ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Savings: Frankenmurth CU - acct #7681-000**<br>**Joint Savings Account**<br>Line from *Schedule A/B*: **17.6** | $2.50 | ■ **$2.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Interactive Brokers IBKR - 1 Share of Tesla stock**<br>**Joint Account with Wife**<br>Line from *Schedule A/B*: **18.1** | $934.56 | ■ **$934.56**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Debtor 1  **Troy Richard Broitzman**                    Case number (if known)  **2:23-bk-00818**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Charles Schwab** **Joint with Wife** Line from *Schedule A/B*: **18.2** | $270.00 | ■ $270.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Majestic Lake LLC** **Purchased a road, has no monetary value since the land attached was sold.** **50%** Line from *Schedule A/B*: **19.1** | $50.00 | ■ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **IRA: Charles Schwab** Line from *Schedule A/B*: **21.1** | $15,836.76 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(2)** |
| **Landlords: Stuart and Katherine Pullen** **Lease for rental home** **Security deposit** Line from *Schedule A/B*: **22.1** | $5,000.00 | ■ $3,395.44 ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **Landlord: Hideout Elite RV Storage** **RVs stored at this location** **Security deposit** **Funds came from joint checking account** Line from *Schedule A/B*: **22.2** | $2,000.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **American Family - Term Life Insurance** Line from *Schedule A/B*: **31.1** | $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **AIG - Term Life Insurance** Line from *Schedule A/B*: **31.2** | $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **Western Fraternal Life- Term Life Insurance** **nka Better Life Insurance Company** Line from *Schedule A/B*: **31.3** | $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.13** |
| **Solar panels on the home are personal property** Line from *Schedule A/B*: **53.3** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■ No

    ☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | **Troy Richard Broitzman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number     **2:23-bk-00818**
(if known)

■ Check if this is an
   amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **Alliance Funding Group** | **Describe the property that secures the claim:** | $162,164.96 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Business - Personal Guarantee 2019 Merlo 50.18 TH, 2009 Columbia 241** | | | |

**c/o Corporation Service Co**
**POB 2576**
**Springfield, IL 62708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

| Debtor 1 | **Troy Richard Broitzman** | | | Case number (if known) | **2:23-bk-00818** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Alliant Credit Union** | Describe the property that secures the claim: | $162,667.00 | $100,000.00 | $62,667.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **2022 Newmar BayStar 3416 RV Purchased for business use, but was purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**
> **VIN # 1F66F5DN0M0A03467**

**Pob 66945**
**Chicago, IL 60666**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 10/21  Last Active 06/23** | Last 4 digits of account number | **0001** |
|---|---|---|---|

---

| 2.3 | **Amur Equipment Finance** | Describe the property that secures the claim: | $57,796.26 | $0.00 | $57,796.26 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **Business - Debtor does not believe that there is a Personal Guarantee on this debt, but is not 100% sure. Cat 262 skid loader, grapple and acc., Brancon MM60 Skid Steer Mulcher, 2021 Dorsey AL 53' W/ T15 857, 2021 Dorsey AL 53'W/T14 859**

**304 W. 3rd Street**
**POB 2555**
**Grand Island, NE**
**68880-1000**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | | Last 4 digits of account number | |
|---|---|---|---|

---

Debtor 1 **Troy Richard Broitzman**
First Name      Middle Name      Last Name

Case number (if known) **2:23-bk-00818**

| 2.4 | **Ascentium Capital** | Describe the property that secures the claim: | $58,528.00 | $0.00 | $58,528.00 |

Creditor's Name

**Business - Debtor does not believe that there is a personal guarantee on this debt, but, is not 100% sure. 2007 Moffett W/T30, 2007 Reitnauer AL 53' TX 455 W/E33**

**23970 Highway 59 N**
**Kingwood, TX 77339**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

| 2.5 | **Blue Bridge Financial** | Describe the property that secures the claim: | $62,680.50 | $0.00 | $62,680.50 |

Creditor's Name

**Business - Debtor does not believe that there is a personal guarantee on this debt, but, is not 100% sure 2007 Wilson AL 813 W/E34, 2011 Moffett 4 wya 128 W/ T31, 2019 Ram 3500, 2019 Chevy Silverado**

**11921 Freedom Drive**
**Reston, VA 20190**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

| 2.6 | **Bluevine** | Describe the property that secures the claim: | $154,448.61 | $0.00 | $154,448.61 |

Creditor's Name

**Business Debt - Debtor believes he has a personal guarantee on this account but is not 100% sure. Future Receivables, Merchant Cash Advance**

**30 Montgomery St, Suite #140**
**Jersey City, NJ 07302**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.7 | **Bridgestone Capital** | Describe the property that secures the claim: | $25,000.00 | $0.00 | $25,000.00 |

Creditor's Name

**Business - Debtor Believes he has a personal guarantee on this equipment Equiptment**

**10125 S 52nd Street**
**Franklin, WI 53132**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.8 | **Channel Partners** | Describe the property that secures the claim: | $148,337.70 | $0.00 | $148,337.70 |

Creditor's Name

**Business- Debtor believes that he may have a personal guarantee on this debt.**

**10900 Wayzata Blvd, #300**
**Hopkins, MN 55305**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

Debtor 1 **Troy Richard Broitzman**

<u>First Name</u>       <u>Middle Name</u>       <u>Last Name</u>

Case number (if known)    **2:23-bk-00818**

---

| 2.9 | **Chrysler Capital Leasing** | | **$1,700.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Business - Debtor believes that he may have a personal guarantee on this debt.**
>
> **2023 Dodge Ram**

**PO Box 660647**
**Dallas, TX 75266**

<u>Number, Street, City, State & Zip Code</u>

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.10 | **CIT/First Citizens Bank & Tr** | | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Business - Debtor believes that he may have a personal guarantee on this debt**
> **Secured by: 2018 Cascadia 412, 2016 Cascadia 214 Auto 214, 2016 Cascadia 034 Auto 034, 2016 Cascadia 082 Auto 082, 2016 Cascadia 086 Auto 086, 2016 Cascadia 089**

**10201 Centurion Pkwy N #100**
**Jacksonville, FL 32256**

<u>Number, Street, City, State & Zip Code</u>

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

Debtor 1    **Troy Richard Broitzman**                                     Case number (if known)    **2:23-bk-00818**

First Name          Middle Name          Last Name

| 2.1 1 | **Commercial Capital Company** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

> **Business - Debtor believes that he may have a personal guarantee on this debt  2019 Freightliner Cascadia 830 Auto, 2017 Wilson all AL 53' Trailer 627, 2017 Wilson all**
> **AL 53' Trailer 629, 2007 Utility Combo 48'**
> **304 Equiplinc, 2006 ETC.**

**13910 W 96th Terrace**
**Lenexa, KS 66215**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.1 2 | **Corning Credit Union** | Describe the property that secures the claim: | **$115,196.00** | **$758,797.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

> **1588 Vizcaya Lane Naples, FL 34113 Collier County**

**Pob 1450**
**Corning, NY 14830**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)     **Secured Solar Panels**

Date debt was incurred    **Opened 11/21  Last Active 07/23**     Last 4 digits of account number    **2101**

Debtor 1  **Troy Richard Broitzman**
      First Name        Middle Name        Last Name

Case number (if known)  **2:23-bk-00818**

---

| 2.1 3 | **Corporation Service Company** |
|---|---|

Creditor's Name

**Describe the property that secures the claim:**

| **Business Debtor believes that he has a personal guarantee on this debt** **Multiple UCC-1s on all assets** |
|---|

Unknown       $0.00       Unknown

**POB 2576**
**Springfield, IL 62708**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

| 2.1 4 | **CT Corporation System** |
|---|---|

Creditor's Name

**Describe the property that secures the claim:**

| **Business - Debtor believes that he has a personal obligation on this debt.** **UCC 1 filings on many assets of the company** |
|---|

$0.00       $0.00       $0.00

**330 N Brand Blvd Ste 700**
**ATTN:  SPRS**
**Glendale, CA 91203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor 1   **Troy Richard Broitzman**

First Name          Middle Name          Last Name

Case number (if known)   **2:23-bk-00818**

---

| 2.1 5 | **Dakota Financial, LLC** | | $52,140.00 | $0.00 | $52,140.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Business - Debtor has a personal guarantee on this obligation:**
> **Secured:  2007 Moffett 55.4P w/ E16 E17, E15 2012**
> **Merlo 50.18 Telehandler 16 17, 2016 Magni**
> **RTH 5.25S**

**11766 Wilshire Blvd**
**Ste 550**
**Los Angeles, CA 90025**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 6 | **Engs/Mitsubishi HC Capital** | | $428,981.20 | $0.00 | $428,981.20 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Business - Debtor believes he has a personal obligation on this debt.**
> **Secured:  2024 Dorsey DD Combo 996, 2024 Dorsey**
> **DD Combo 997, 2024 Dorsey DD Combo**
> **998, 2024 Dorsey DD Combo 999, 2024**
> **Dorsey DD Combo 000, 2024 Dorsey DD**
> **Combo 001**

**One Pierce Place**
**Suite 1100**
**Itasca, IL 60143**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

Debtor 1    **Troy Richard Broitzman**                                    Case number (if known)   **2:23-bk-00818**
　　　　　First Name　　　Middle Name　　　　　Last Name

| 2.1 7 | **Financial Pacific Leasing** | Describe the property that secures the claim: | $41,692.62 | $0.00 | $41,692.62 |
|---|---|---|---|---|---|

Creditor's Name

> **Business - Debtor believes he has a personal obligation on this debt.**
> **Secured:   2013 Moffett 55.4P 228, 2020 Dorsey AL**
> **53? 238 W/ S11, 2003 Columbia Semi 070**
> **W/ T16**

**PO Box 4568**
**Auburn, WA 98001**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 8 | **First Citizens Bank & Trust** | Describe the property that secures the claim: | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> **Business - Debtor believes that he has a personal obligation on this debt.**
> **Secured:  2019 Dorsey DD 799, 2019 Dorsey DD**
> **215, 2020 Dorsey Drop Deck**

**3055 Tamiami Trail**
**Naples, FL 34103**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| Debtor 1 | **Troy Richard Broitzman** | | | Case number (if known) | **2:23-bk-00818** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 9 | **First Corporate Solutions** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Business - Debtor believes that he has a personal guarantee on this obligation**
**Secured: All assets - UCC -1**

**914 South Street**
**Sacramento, CA 95811**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.2 0 | **Frankenmuth Credit Union** | Describe the property that secures the claim: | **$343,572.00** | **$10,000.00** | **$333,572.00** |
|---|---|---|---|---|---|

Creditor's Name

**2005 Newell Coach 45' RV**
**VIN # 1N9458X8951011741**
***This is currently being remodeled and is completely disassembled and in pieces and does not have very much value until it is remodeled and finished.**
**Debtor is currently trying to negotiat**

**Attn: Bankruptcy**
**Po Box 209**
**Frankenmuth, MI 48734**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **Opened 3/10/23 Last Active 07/23**     Last 4 digits of account number **1700**

Debtor 1    **Troy Richard Broitzman**                                      Case number (if known)    **2:23-bk-00818**
             First Name        Middle Name        Last Name

| 2.2 1 | **Frankenmuth Credit Union** | Describe the property that secures the claim: | $247,791.00 | $175,000.00 | $72,791.00 |
|---|---|---|---|---|---|

Creditor's Name

**2007 Newell Coach 45' RV
VIN # 1N9458X8571011206
Purchased for personal use, but
was purchased with the intention of
rebuilding and reselling after
coming up with ways to make it
more efficient, so he could sell at a
profit.**

**Attn: Bankruptcy
Po Box 209
Frankenmuth, MI 48734**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened
9/09/22
Last Active
07/23**

Date debt was incurred            Last 4 digits of account number    **1500**

| 2.2 2 | **Frankenmuth Credit Union** | Describe the property that secures the claim: | $62,779.00 | $30,000.00 | $32,779.00 |
|---|---|---|---|---|---|

Creditor's Name

**2022 Tiaga Motors Orca JetSki
VIN # YEZC0071K222 *Has some
hull damage on the bottom and side
VIN # YEZC0072K222
Purchased for personal use and
goes with the 2022 trailer**

**Attn: Bankruptcy
Po Box 209
Frankenmuth, MI 48734**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened
12/14/22
Last Active
07/23**

Date debt was incurred    **07/23**        Last 4 digits of account number    **1600**

Debtor 1   **Troy Richard Broitzman**                          Case number (if known)   **2:23-bk-00818**
_____   First Name      Middle Name      Last Name

| 2.2 3 | **Kapitus Servicing, Inc.** | Describe the property that secures the claim: | $79,310.00 | $0.00 | $79,310.00 |
|---|---|---|---|---|---|

Creditor's Name

**2500 Wilson Boulevard
Suite 350
Arlington, VA 22201**

Number, Street, City, State & Zip Code

| Describe the property that secures the claim: |
|---|
| **Business - Debtor is sure there is a personal guarantee on this debt.** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| 2.2 4 | **Lake Mich Cu** | Describe the property that secures the claim: | $47,057.00 | $34,346.00 | $12,711.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 2848
Grand Rapids, MI 49501**

Number, Street, City, State & Zip Code

| Describe the property that secures the claim: |
|---|
| **2021 Tesla Model Y Long Range 32,785 miles VIN # 5YJYGDEE2MF189980 Paid for by the business but debtor signed personally** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 06/21  Last Active 6/13/23**   Last 4 digits of account number   **0006**

Debtor 1    **Troy Richard Broitzman**

First Name          Middle Name          Last Name

Case number (if known)    **2:23-bk-00818**

---

| 2.2 5 | **Lake Michigan Credit U** | | | | |
|---|---|---|---|---|---|

Creditor's Name

| Describe the property that secures the claim: | $399,377.00 | $758,797.00 | $0.00 |
|---|---|---|---|

**1588 Vizcaya Lane Naples, FL 34113
Collier County**

**4027 Lake Dr SE
Grand Rapids, MI 49546**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred    **Opened 07/20  Last Active 7/03/23**

Last 4 digits of account number    **3783**

---

| 2.2 6 | **Marlin Leasing** | | | | |
|---|---|---|---|---|---|

Creditor's Name

| Describe the property that secures the claim: | $29,606.01 | $0.00 | $29,606.01 |
|---|---|---|---|

**Business - Debtor believes that there is a personal guarantee on this obligation
Secured: 2008 Mac AL 48' 767 W/ T29, 2002
Reitnouer AL 47' 600 W/ T28**

**PO Box 13604
Philadelphia, PA 19101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor 1   **Troy Richard Broitzman**                                    Case number (if known)   **2:23-bk-00818**

First Name        Middle Name        Last Name

| 2.2 7 | **Maxim Com Cap** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |

Creditor's Name

**Business - Debtor believes that he has a personal guarantee on this obligation**

**11620 Wilshire Blvd
Suite 540
Los Angeles, CA 90025**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** _____

| 2.2 8 | **Midland States Bank** | Describe the property that secures the claim: | **$511,617.56** | **$0.00** | **$511,617.56** |

Creditor's Name

**Business - Debtor believes that he has a personal obligation on this debt.
Secured:  2022 Merlo Roto 50.35 RTH**

**1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** _____

Debtor 1    **Troy Richard Broitzman**                                    Case number (if known)    **2:23-bk-00818**
_____
First Name          Middle Name          Last Name

| 2.2 9 | **North Mill Credit Trust** | Describe the property that secures the claim: | $115,893.00 | $0.00 | $115,893.00 |

Creditor's Name

**9 Executive Circle**
**Suite 230**
**Irvine, CA 92614**
_____
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

**Business Debtor believes that he has a personal guarantee on this obligation**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 0 | **Parkside Funding Group LLC** | Describe the property that secures the claim: | $24,481.00 | $0.00 | $24,481.00 |

Creditor's Name

**865 Nj-33 Business 3 Unit 19**
**Freehold, NJ 07728**
_____
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

**Business - Debtor is sure that he has a personal obligation on this debt.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1   **Troy Richard Broitzman**       Case number (if known)   **2:23-bk-00818**

First Name      Middle Name      Last Name

---

| 2.3 |
|-----|
| 1 |

**Pawnee Leasing**       Describe the property that secures the claim:      **Unknown**      **$0.00**      **Unknown**

Creditor's Name

> **Business - Debtor believes that he has a personal obligation on this debt.**
> **Secured: Equipment**

**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

---

| 2.3 |
|-----|
| 2 |

**Pearl Capital**       Describe the property that secures the claim:      **$50,000.00**      **$0.00**      **$50,000.00**

Creditor's Name

> **Business - Debtor is sure that he has a personal obligation on this debt.**
> **Secured: Future Receivables, Merchant Cash Advance**

**525 Washington Blvd**
**Suite 2200**
**Jersey City, NJ 07310**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

---

Debtor 1   **Troy Richard Broitzman**                                    Case number *(if known)*   **2:23-bk-00818**
_____
First Name          Middle Name          Last Name

| 2.3 3 | **Raney Truck Sales** | Describe the property that secures the claim: | **$10,000.00** | **$0.00** | **$10,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**Business Debtor believes that he has a personal guarantee on this obligation.
Secured:  Moffett Trailer**

**1650 NW 38TH Avenue
Ocala, FL 34483**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| 2.3 4 | **Sheffield Financial** | Describe the property that secures the claim: | **$9,000.00** | **$0.00** | **$9,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**Business - Debtor believes that he has a personal obligation on this debt.**

**PO Box 25127
Winston Salem, NC
27114**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

Debtor 1 **Troy Richard Broitzman**                                    Case number (if known) **2:23-bk-00818**
     First Name            Middle Name            Last Name

---

| 2.3 5 | **Stearns Bank** | Describe the property that secures the claim: | **Unknown** | **$0.00** | **Unknown** |

Creditor's Name

**Business - Debtor believes that he has a personal obligation on this debt.**
**Secured:  2005 Moffett with E10 E12 T9, 2008 Hyster**
**with E9 E12 T9, Generator with E9 E10 T9,**
**2019 Dorsey DD with E9 E10 E12, 2011**
**Ram 5500 and Flat Bed w/ P5, 2**

**500 - 13th Street**
**POB 750**
**Albany, MN 56307**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____          **Last 4 digits of account number** _____

---

| 2.3 6 | **Stearns Bank, N.A.** | Describe the property that secures the claim: | **$42,012.76** | **$0.00** | **$42,012.76** |

Creditor's Name

**Business - Debtor believes that he has a personal obligation on this debt**
**Secured:  Equipment/Forklifts, Trailer and Generator**

**500 13th Street**
**Albany, MN 56307**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____          **Last 4 digits of account number** _____

---

| Debtor 1 | **Troy Richard Broitzman** | | | Case number (if known) | **2:23-bk-00818** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

| 2.37 | **U.S. Bank Equipment Finance** | Describe the property that secures the claim: | $165,065.44 | $0.00 | $165,065.44 |
| --- | --- | --- | --- | --- | --- |
| | Creditor's Name | | | | |

**Business - Debtor believes that he has a personal obligation on this debt.**
**Secured:  2022 Transcraft Combo 339, 2014 Skytrac**
**GA 8K, 2014 JLG 10K GA, 2020 East 48'**
**AL Flatbed 104, 2008 Reitnouer 48' AL**
**Flatbed 418, 2008 Mac 48? AL Flat B**

**1310 Madrid Street**
**Marshall, MN 56258**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| 2.38 | **US Alliance Federal Cr** | Describe the property that secures the claim: | $538,524.00 | $400,000.00 | $138,524.00 |
| --- | --- | --- | --- | --- | --- |
| | Creditor's Name | | | | |

**2011 Newell Coach 45' RV**
**VIN # 1N9458X86B1011417**
**Purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**

**600 Midland Avenue**
**Rye, NY 10580**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 10/22  Last Active 6/12/23**     Last 4 digits of account number  **3230**

Debtor 1 **Troy Richard Broitzman**
First Name      Middle Name      Last Name

Case number (if known)    **2:23-bk-00818**

---

| 2.39 | **US Small Business Administra** | Describe the property that secures the claim: | **$1,931,050.00** | **$0.00** | **$1,931,050.00** |

Creditor's Name

**2 North Street**
**Suite 20**
**Birmingham, AL 35203**
Number, Street, City, State & Zip Code

**Business - Debtor believes that he is personally obligated on this debt. Secured: UCC-1**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.40 | **Wells Fargo Dealer Services** | Describe the property that secures the claim: | **$89,328.00** | **$73,238.00** | **$16,090.00** |

Creditor's Name

**Attn: Bankruptcy**
**1100 Corporate Center Drive**
**Raleigh, NC 27607**
Number, Street, City, State & Zip Code

**2022 Tesla Model X 17,000 miles VIN # 7SAXCDE52NF342014 Used for Business Purposes Car has already been surrendered.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **Opened 05/22 Last Active 6/12/23**

Last 4 digits of account number   **9301**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$6,167,796.62**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$6,167,796.62**

---

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Bridgestone Capital**
**Attn: Travis Patterson**
**10125 S. 52nd Street,**
**Franklin, WI 53132**

On which line in Part 1 did you enter the creditor?   **2.7**

Last 4 digits of account number ___

---

Debtor 1     **Troy Richard Broitzman**                                    Case number (if known)    **2:23-bk-00818**
             First Name        Middle Name            Last Name

[ ]     Name, Number, Street, City, State & Zip Code
        **Broit Builders, Inc.**                                    On which line in Part 1 did you enter the creditor?  **2.6**
        **16920 James Whitehead Road**
        **Fort Myers, FL 33912**                                    Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Broit Builders, Inc.**                                    On which line in Part 1 did you enter the creditor?  **2.7**
        **16920 James Whitehead Road**
        **Fort Myers, FL 33912**                                    Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Broit Builders, Inc.**                                    On which line in Part 1 did you enter the creditor?  **2.8**
        **16920 James Whitehead Road**
        **Fort Myers, FL 33912**                                    Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Broit Builders, Inc.**                                    On which line in Part 1 did you enter the creditor?  **2.9**
        **16920 James Whitehead Road**
        **Fort Myers, FL 33912**                                    Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **First Citizen's Bank & Trust**                            On which line in Part 1 did you enter the creditor?  **2.5**
        **Company Mortgage Division**
        **PO Box 4500**                                             Last 4 digits of account number ___
        **Hendersonville, NC 28793**

[ ]     Name, Number, Street, City, State & Zip Code
        **First Citizens Bank**                                     On which line in Part 1 did you enter the creditor?  **2.5**
        **PO Box 29507**
        **Raleigh, NC 27626-0507**                                  Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **First Citizens Bank & Trust**                             On which line in Part 1 did you enter the creditor?  **2.5**
        **3055 Tamiami Trail**
        **Naples, FL 34103**                                        Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Frankenmuth Credit Union**                                On which line in Part 1 did you enter the creditor?  **2.20**
        **Po Box 209**
        **Frankenmuth, MI 48734**                                   Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Frankenmuth Credit Union**                                On which line in Part 1 did you enter the creditor?  **2.21**
        **Po Box 209**
        **Frankenmuth, MI 48734**                                   Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Frankenmuth Credit Union**                                On which line in Part 1 did you enter the creditor?  **2.22**
        **Po Box 209**
        **Frankenmuth, MI 48734**                                   Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Lake Mich Cu**                                            On which line in Part 1 did you enter the creditor?  **2.24**
        **4027 Lake Dr**
        **Grand Rapids, MI 49546**                                  Last 4 digits of account number ___

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor 1  **Troy Richard Broitzman**                                                    Case number (if known)  **2:23-bk-00818**

   First Name          Middle Name          Last Name

[  ]

   Name, Number, Street, City, State & Zip Code

   **Wells Fargo Dealer Services**

   **Po Box 71092**

   **Charlotte, NC 28272**

On which line in Part 1 did you enter the creditor?  **2.40**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Troy Richard Broitzman** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **2:23-bk-00818** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

| 4.1 | **ABC Supply 500** | Last 4 digits of account number | | | $344.00 |

Nonpriority Creditor's Name
**760 NE 19th Place**
**Cape Coral, FL 33909**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business  Debtor may have a personal obligation on this debt**
**Business Supplies - Vendor**

Debtor 1   **Troy Richard Broitzman**       Case number (if known)   **2:23-bk-00818**

---

| 4.2 | **ABC Supply Co Inc.** |
|---|---|

Nonpriority Creditor's Name

**POB 742067**
**Atlanta, GA 30374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify     **Business - Debtor may have a personal guarantee on this debt. Business:  Pallet Account**

---

| 4.3 | **Affinity Plus Federal CU** |
|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**175 W. Lafayette Frtge Rd.**
**St. Paul, MN 55107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** **0303**        **Unknown**

**When was the debt incurred?**   **Opened  5/20/15  Last Active 7/25/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Automobile**

---

| 4.4 | **Alliance Funding Group** |
|---|---|

Nonpriority Creditor's Name

**17542 17th Street #200**
**Tustin, CA 92780**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Business**

---

Debtor 1  **Troy Richard Broitzman**          Case number (if known)  **2:23-bk-00818**

---

| 4.5 | **Arcpoint Labs of Fort Myers** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4350 Fowler Street Ste 2**
**Fort Myers, FL 33901**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt**
■ Other. Specify **Debtor believes that he has a personal guarantee**

---

| 4.6 | **Auto Owners Insurance** | Last 4 digits of account number _____ | **$23,546.00** |

Nonpriority Creditor's Name
**PO Box 30660**
**Lansing, MI 48909-8160**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Insurance**
■ Other. Specify **Business General Liability Policy Debtor believes he signed personally**

---

| 4.7 | **Auto-Insurance Owners** | Last 4 digits of account number _____ | **$114,724.35** |

Nonpriority Creditor's Name
**6101 Anacapri Blvd.**
**Lansing, MI 48917**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business - Debtor believes there is a personal guarantee on this debt.**
■ Other. Specify **Insurance - Commercial, Auto and Umbrella**

---

Debtor 1    **Troy Richard Broitzman**

Case number (if known)    **2:23-bk-00818**

---

| 4.8 | **Beacon Building Products** | | Last 4 digits of account number | | $1,360.00 |

Nonpriority Creditor's Name

**4075 Edison Ave**
**Fort Myers, FL 33916**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of **NONPRIORITY** unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debtor believes there is a personal guarantee on this debt.**

☐ Yes

■ Other. Specify **Vendors and Suppliers**

---

| 4.9 | **Blu Site Solutions** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 61809**
**Fort Myers, FL 33906**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of **NONPRIORITY** unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business debtor believes that he has a personal obligation on this debt.**

☐ Yes

■ Other. Specify **Vendors and Suppliers**

---

| 4.10 | **CACH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**13205 US Highway 1 Ste 555**
**North Palm Beach, FL 33408**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of **NONPRIORITY** unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1 **Troy Richard Broitzman**                   Case number (if known) **2:23-bk-00818**

---

| 4.1 1 | **Charles Weitzel CPA** | Last 4 digits of account number | | **$7,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6810 Front Street**
**Key West, FL 33040**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt that debtor has a personal obligation on.**
**Professional accounting services for Business**

---

| 4.1 2 | **Chase Card Services** | Last 4 digits of account number | 6991 | **$62,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 05/21  Last Active 7/06/23**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Credit Card**
**Personal Guarantee**

---

Debtor 1  **Troy Richard Broitzman**                Case number (if known)  **2:23-bk-00818**

---

**4.1
3**

**EquipmentShare**                    Last 4 digits of account number                 **$13,973.46**

Nonpriority Creditor's Name
**5710 Bull Run Drive**
**Columbia, MO 65201**                **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                           ☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debtor believes that he has a**
**personal oblgation for this debt**
☐ Yes                 ■ Other. Specify  **Vendors and Suppliers**

---

**4.1
4**

**Express Employment**                 Last 4 digits of account number                 **$13,426.61**

Nonpriority Creditor's Name
**7370 College Parkway**
**Suite 304**
**Fort Myers, FL 33907**              **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                           ☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debtor believes that he has a**
**personal obligation on this debt**
☐ Yes                 ■ Other. Specify  **Temporary employees for Business**

---

**4.1
5**

**FL UCC Statement Service**             Last 4 digits of account number                 **Unknown**

Nonpriority Creditor's Name
**503 East Jackson St #510**
**Tampa, FL 33602**                  **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed
☐ At least one of the debtors and another

☐ **Check if this claim is for a community**      **Type of NONPRIORITY unsecured claim:**
**debt**                         ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                 ■ Other. Specify  **Business**

---

Debtor 1    **Troy Richard Broitzman** _____    Case number (if known)    **2:23-bk-00818**

| 4.1 6 | **Gibula Transportation LLC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**14627 Fern Lake Court**
**Naples, FL 34114**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debtor believes that he has a personal obligation on this debt. Vendors and Suppliers**

---

| 4.1 7 | **Goldman Sachs Bank USA** | Last 4 digits of account number    **5493** | | **$16,406.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 70379**
**Philadelphia, PA 19176**

When was the debt incurred?    **Opened 08/19  Last Active 6/11/23**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.1 8 | **James Howard Whitehead** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1622 Viscaya Parkway**
**Cape Coral, FL 33990**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business**

---

Debtor 1 __Troy Richard Broitzman__      Case number (if known) __2:23-bk-00818__

---

**4.19**

**Jimenez Transports LLC**
Nonpriority Creditor's Name
**1209 Everglade Ave**
**Labelle, FL 33935**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____      **$3,616.72**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debtor believes that he has a personal obligation on this debt. Vendors and Suppliers**

---

**4.20**

**Kelly Tractor**
Nonpriority Creditor's Name
**PO Box 736001**
**Dallas, TX 75373**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____      **$6,696.77**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debtor believes that he has a personal oblgation on this debt.**

---

**4.21**

**Kimworth Investments, LLC**
Nonpriority Creditor's Name
**PO Box 1526**
**Arcadia, FL 34266**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business**

---

**4.2 2**

**Lake Mich Cu**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 2848**
**Grand Rapids, MI 49501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **0002**                     **$35,000.00**

**Opened 09/20  Last Active**
**When was the debt incurred?**      **6/22/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Credit Card  Debtor believes that he has a personal obligation on this debt.**

---

**4.2 3**

**Maxim Com Cap**
Nonpriority Creditor's Name
**11620 Wilshire Blvd**
**Suite 540**
**Los Angeles, CA 90025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debtor believes that he signed a personal guarantee for this obligation**

---

**4.2 4**

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 9500**
**Wilkes-Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **0718**                     **$3,193.00**

**Opened 07/98  Last Active**
**When was the debt incurred?**      **6/28/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Educational**

---

Debtor 1    **Troy Richard Broitzman**                              Case number *(if known)*    **2:23-bk-00818**

---

| 4.2 5 | | | |
|---|---|---|---|

**Nuevo Leon Transport Inc**                    Last 4 digits of account number _____        **$3,208.78**
Nonpriority Creditor's Name
**1341 Pollywog Drive**                          When was the debt incurred? _____
**Labelle, FL 33935**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                           ■ Other. Specify   **Business Suppliers and Vendors**

---

| 4.2 6 | | | |
|---|---|---|---|

*PayPal Working Capital*                         Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**POB 5018**                                      When was the debt incurred? _____
**Lutherville Timonium, MD 21094**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                           ■ Other. Specify   **Business**

---

| 4.2 7 | | | |
|---|---|---|---|

**Performance Truck Tire**                       Last 4 digits of account number _____        **$4,673.75**
Nonpriority Creditor's Name
**4035 23rd Ave SW**                              When was the debt incurred? _____
**Naples, FL 34116**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Business  Debtor believes that he signed**
☐ Yes                                           **personally for this obligation.**

---

Debtor 1   **Troy Richard Broitzman**                    Case number *(if known)*   **2:23-bk-00818**

---

| 4.2 8 |
|---|

**Resurgent Capital Services**
Nonpriority Creditor's Name
**POB 510090**
**Livonia, MI 48151**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 9 |
|---|

**Ridgestone Capital**
Nonpriority Creditor's Name
**18575 Jamboree Road**
**Suite 380**
**Irvine, CA 92612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debtor believes that he signed a personal guarantee for this obligation. AMENDED TO ADD**

---

| 4.3 0 |
|---|

**Samsara**
Nonpriority Creditor's Name
**1 De Haro Street**
**San Francisco, CA 94107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business  Debtor believe he signed personally for this. Truck Cameras and GPS**

---

Debtor 1  **Troy Richard Broitzman**                     Case number *(if known)*  **2:23-bk-00818**

---

| 4.3 1 | **Southern On-Site Services** | Last 4 digits of account number | $600.00 |

Nonpriority Creditor's Name
**870 Ruby Drive**
**North Fort Myers, FL 33903**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debtor believes that he signed personally for these services.**

---

| 4.3 2 | **Sugarloaf Yacht Club, Inc.** | Last 4 digits of account number | $1,283.45 |

Nonpriority Creditor's Name
**1709 Ferris Avenue**
**Orlando, FL 32803**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business  Debtor believes that he signed personally for these services.**
**1099 Bookkeeper**

---

| 4.3 3 | **Synchrony Bank/Lowes** | Last 4 digits of account number  8192 | $9,694.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 06/21  Last Active 7/07/23**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.3 4 | | |
|---|---|---|

**Team Funding Solutions**

Last 4 digits of account number _____   **$0.00**

Nonpriority Creditor's Name

**5351 Thunder Creek Road**
**Austin, TX**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.3 5 | | |
|---|---|---|

**Tony's Trucking**

Last 4 digits of account number _____   **Unknown**

Nonpriority Creditor's Name

**PO Box 482**
**Arcadia, FL 34265**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debtor believes that he signed a personal guarantee for this obligation.**

---

| 4.3 6 | | |
|---|---|---|

**Total Quality Logistics**

Last 4 digits of account number _____   **$2,900.00**

Nonpriority Creditor's Name

**POB 634558**
**Cincinnati, OH 45263**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

**Business  Debtor believes that he signed personally for this obligation.**

☐ Yes

■ Other. Specify   **Supplies or Vendors**

Debtor 1  **Troy Richard Broitzman**      Case number (if known)  **2:23-bk-00818**

---

| 4.3 7 | **Waste Pro** | **Last 4 digits of account number** _____ | $129.18 |

Nonpriority Creditor's Name

**13110 Rickenbacker Pkwy**
**Fort Myers, FL 33913**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business  Debtor believes that he may be personally liable on this debt.**

■ Other. Specify **Dumpster Services**

---

| 4.3 8 | **Workplace Screening Intellig** | **Last 4 digits of account number** _____ | $126.00 |

Nonpriority Creditor's Name

**110 Athletes Row**
**Apopka, FL 32703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business  Debtor believes that he may have signed a personal obligation on this debt.**

■ Other. Specify

---

| 4.3 9 | **Xtra Lease** | **Last 4 digits of account number** _____ | $2,109.00 |

Nonpriority Creditor's Name

**PO Box 219562**
**Kansas City, MO 64121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business  Debtor believes that he has a personal oblgation on this debt.**

■ Other. Specify

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1    **Troy Richard Broitzman**                                   Case number (if known)   **2:23-bk-00818**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Affinity Plus Federal Credit Union**<br>175 W Lafayette Rd<br>Saint Paul, MN 55107 | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cach, LLC**<br>c/o Federated Law Group PLLC<br>887 Donald Ross Rd<br>North Palm Beach, FL 33408 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CACH, LLC**<br>4340 S Monaco 2nd FLoor<br>Denver, CO 80237 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card Services**<br>Po Box 15369<br>Wilmington, DE 19850 | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Goldman Sachs Bank USA**<br>Lockbox 6112<br>Philadelphia, PA 19170 | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lake Mich Cu**<br>4027 Lake Dr<br>Grand Rapids, MI 49546 | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Navient**<br>Po Box 9500<br>Wilkes Barre, PA 18773 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank/Lowes**<br>Po Box 71727<br>Philadelphia, PA 19176 | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

Total Claim

Debtor 1    **Troy Richard Broitzman**                                    Case number (if known)    **2:23-bk-00818**

| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | **3,193.00** |
|---|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **322,818.07** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **326,011.07** |

**Fill in this information to identify your case:**

Debtor 1 **Troy Richard Broitzman**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **2:23-bk-00818**
(if known)

■ Check if this is an
amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
   and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.1   **Cain-Jones Storage**<br>**3500 Radio Rd**<br>**Naples, FL 34104** | **Storage unit in Naples, Florida. Personal Marital Property included** |
| 2.2   **Hideout Elite RV Storage**<br>**7593 Cordoba Cir**<br>**Naples, FL 34109** | **RV storage (inside and outside units)  Also has stuff for a house remodel** |
| 2.3   **MidGuard Storage**<br>**5725 Collier Blvd**<br>**Naples, FL 34114** | **3 Storage units with marital property and stuff for remodeling the house**<br>**Oven, cook-top, windows, boxes, tools, old furniture** |
| 2.4   **Stuart and Katherine Pullen**<br>**159 Highland Lane**<br>**Banner Elk, NC 28604** | **Rental lease agreement dated January 8, 2023 for property located at 29691 Constitution Ave, Big Pine Key, FL 33043 at $4700/month and property located at 390 LesRohdes Dr, Ramrod Key, FL 33042 at $7000/month.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Troy Richard Broitzman** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **2:23-bk-00818** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1   **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** <br> **Debor personally guaranteed almost all of the business debts** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ |
| 3.2   **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ■ Schedule D, line   **2.1** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Alliance Funding Group** |
| 3.3   **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ■ Schedule D, line   **2.3** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Amur Equipment Finance** |

Debtor 1   **Troy Richard Broitzman**                                    Case number *(if known)*   **2:23-bk-00818**

▮   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.4**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ascentium Capital**

---

3.5   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Blue Bridge Financial**

---

3.6   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.7**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bridgestone Capital**

---

3.7   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.8**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Channel Partners**

---

3.8   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**CIT/First Citizens Bank & Tr**

---

3.9   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.11**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Commercial Capital Company**

---

3.10   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.13**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Corporation Service Company**

---

3.11   **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line ___**2.14**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**CT Corporation System**

---

Debtor 1   **Troy Richard Broitzman**                                    Case number *(if known)*   **2:23-bk-00818**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.15**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Dakota Financial, LLC** |
| 3.13 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.16**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Engs/Mitsubishi HC Capital** |
| 3.14 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.17**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Financial Pacific Leasing** |
| 3.15 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.18**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Citizens Bank & Trust** |
| 3.16 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.19**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Corporate Solutions** |
| 3.17 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ■ Schedule D, line __**2.23**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Kapitus Servicing, Inc.** |
| 3.18 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**ABC Supply 500** |
| 3.19 **Broit Builders**<br>**1588 Vizcaya**<br>**Naples, FL 34113** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**ABC Supply Co Inc.** |

Debtor 1  **Troy Richard Broitzman**                    Case number *(if known)*  **2:23-bk-00818**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Waste Pro**

3.21  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
**Workplace Screening Intellig**

3.22  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**Xtra Lease**

3.23  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**Total Quality Logistics**

3.24  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Tony's Trucking**

3.25  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Sugarloaf Yacht Club, Inc.**

3.26  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Southern On-Site Services**

3.27  **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Samsara**

Debtor 1     **Troy Richard Broitzman**                              Case number *(if known)*   **2:23-bk-00818**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.28  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.27___ <br> ☐ Schedule G _____ <br> **Performance Truck Tire** |
| 3.29  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.25___ <br> ☐ Schedule G _____ <br> **Nuevo Leon Transport Inc** |
| 3.30  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.22___ <br> ☐ Schedule G _____ <br> **Lake Mich Cu** |
| 3.31  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.20___ <br> ☐ Schedule G _____ <br> **Kelly Tractor** |
| 3.32  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.19___ <br> ☐ Schedule G _____ <br> **Jimenez Transports LLC** |
| 3.33  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.16___ <br> ☐ Schedule G _____ <br> **Gibula Transportation LLC** |
| 3.34  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.14___ <br> ☐ Schedule G _____ <br> **Express Employment** |
| 3.35  **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.13___ <br> ☐ Schedule G _____ <br> **EquipmentShare** |

Debtor 1 **Troy Richard Broitzman**      Case number *(if known)* **2:23-bk-00818**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.36 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.12__ <br> ☐ Schedule G _____ <br> **Chase Card Services** |
| 3.37 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.11__ <br> ☐ Schedule G _____ <br> **Charles Weitzel CPA** |
| 3.38 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **Blu Site Solutions** |
| 3.39 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.8__ <br> ☐ Schedule G _____ <br> **Beacon Building Products** |
| 3.40 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.7__ <br> ☐ Schedule G _____ <br> **Auto-Insurance Owners** |
| 3.41 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.6__ <br> ☐ Schedule G _____ <br> **Auto Owners Insurance** |
| 3.42 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.3__ <br> ☐ Schedule G _____ <br> **Affinity Plus Federal CU** |
| 3.43 **Broit Builders** <br> **1588 Vizcaya** <br> **Naples, FL 34113** | ■ Schedule D, line __2.26__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Marlin Leasing** |

Debtor 1  **Troy Richard Broitzman**                                          Case number *(if known)*  **2:23-bk-00818**

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.27**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Maxim Com Cap**

---

3.45  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.28**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

---

3.46  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.29**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**North Mill Credit Trust**

---

3.47  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.30**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Parkside Funding Group LLC**

---

3.48  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.31**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Pawnee Leasing**

---

3.49  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.32**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Pearl Capital**

---

3.50  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.33**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Raney Truck Sales**

---

3.51  **Broit Builders**
        **1588 Vizcaya**
        **Naples, FL 34113**

■ Schedule D, line ___**2.34**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sheffield Financial**

---

Debtor 1 **Troy Richard Broitzman**                                Case number *(if known)* **2:23-bk-00818**

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.52 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line __2.35__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Stearns Bank**

---

3.53 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line __2.36__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Stearns Bank, N.A.**

---

3.54 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line __2.37__
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Bank Equipment Finance**

---

3.55 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

■ Schedule D, line __2.39__
☐ Schedule E/F, line _____
☐ Schedule G _____
**US Small Business Administra**

---

3.56 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Arcpoint Labs of Fort Myers**

---

3.57 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Maxim Com Cap**

---

3.58 **Broit Builders**
**1588 Vizcaya**
**Naples, FL 34113**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**Ridgestone Capital**

---

3.59 **Quenby Broitzman**
**1788 Vizcaya**
**Naples, FL 34113**
**Debtor's Wife**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Troy Richard Broitzman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **2:23-bk-00818** |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☑ Not employed |
| | Occupation | **Self-employed/Broit Builders** | **Broit Builders** |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 21,666.66 | $ 4,333.33 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 21,666.66 | $ 4,333.33 |

Debtor 1   **Troy Richard Broitzman**                          Case number (*if known*)   **2:23-bk-00818**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ **21,666.66** | $ **4,333.33** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,500.00** | $ **1,500.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,500.00** | $ **1,500.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **20,166.66** | $ **2,833.33** |

**8.** **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |

| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|

| **10.** | **Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **20,166.66** + $ **2,833.33** = $ **22,999.99** |
|---|---|---|---|

**11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                 11.  +$ **0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                    12. | $ **22,999.99**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   Debtor's business is in Chapter 11 and the business is for sale.  If the debtor sells the busines, his spouse and he will lose their income.

The Court reduced Debtor's Wife's income

Fill in this information to identify your case:

Debtor 1          **Troy Richard Broitzman**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number    **2:23-bk-00818**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and       ■ Yes.   Fill out this information for
    Debtor 2.                                each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Wife** | **53** | ☐ No   ■ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |

3.  **Do your expenses include**       ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage
    payments and any rent for the ground or lot.                         4. $            **4,043.41**

    **If not included in line 4:**

    4a.   Real estate taxes                                       4a. $              **0.00**
    4b.   Property, homeowner's, or renter's insurance            4b. $              **0.00**
    4c.   Home maintenance, repair, and upkeep expenses           4c. $            **500.00**
    4d.   Homeowner's association or condominium dues             4d. $            **387.33**
5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $  **0.00**

Debtor 1   **Troy Richard Broitzman**          Case number (if known)    **2:23-bk-00818**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 25.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 130.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 325.00 |
| | 6d. | Other. Specify: **Pool Service** | 6d. $ | 160.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 1,000.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 380.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 584.00 |
| | 15d. | Other insurance. Specify: **RV Insurance** | 15d. $ | 1,747.00 |
| | | **Boat Insurance** | $ | 175.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,021.01 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: **Solar Panals - Corning Credit Union** | 17c. $ | 1,000.00 |
| | 17d. | Other. Specify: **Hideout Elite RV Storage** | 17d. $ | 2,340.00 |
| | | **Alliant Credit Union - 2022 RV** | $ | 1,262.29 |
| | | **BB&T/Truist - 2023 Trailer** | $ | 200.49 |
| | | **Frankenmuth Credit Union - 2005 RV** | $ | 4,000.00 |
| | | **Frankenmuth Credit Union - 2007 RV** | $ | 1,629.21 |
| | | **Frankenmuth Credit Union - 2022 Jetski's (x2)** | $ | 804.33 |
| | | **US Alliance Federal Cr - 2011 RV** | $ | 4,000.00 |
| | | **MidGuard Storage** | $ | 772.95 |
| | | **Cain-Jones Storage** | $ | 240.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | | 19. | |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **pet expenses** | | 21. +$ | 1,500.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 29,927.02 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | 2,866.93 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 32,793.95 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 22,999.99 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 32,793.95 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | -9,793.96 |

Debtor 1    **Troy Richard Broitzman**                    Case number (if known)    **2:23-bk-00818**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ■ Yes.    Explain here: **Debtors are currently renting a home while their homestead is going through a renovation.**

Debtor 1    **Troy Richard Broitzman**                                    Case number (if known)   **2:23-bk-00818**

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1          **Troy Richard Broitzman**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number        2:23-bk-00818
(If known)

Check if this is:

☐  An amended filing
☐  A supplement showing postpetition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

■  **Non-Filing Spouse**

## Official Form 106J-2
# Schedule J-2: Your Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this *form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1.  **Do you and Debtor 1 maintain separate households?**
    ☐  No. Do not complete this form.
    ☐  Yes

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 but
    list all other
    dependents of Debtor 2
    regardless of whether
    listed as a dependent
    of Debtor 1 on
    Schedule J.

    Do not state the
    dependents names.

    .

    .

    .

    ■  Yes.

| Fill out this information for each dependent............... | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | **Wife** | **53** | ☐ No   ■ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |
| | | | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
    ■ No
    ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.  $                    0.00

    If not included in line 4:

    4a.   Real estate taxes                                           4a.  $                    0.00
    4b.   Property, homeowner's, or renter's insurance                4b.  $                    0.00
    4c.   Home maintenance, repair, and upkeep expenses               4c.  $                    0.00

Debtor 1  **Troy Richard Broitzman**                    Case number (if known)  **2:23-bk-00818**

| | | | | |
|---|---|---|---|---|
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | 0.00 |
| 6. | **Utilities:** | | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 1,366.93 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify:  **Credit cards** | 17c. | $ | 1,500.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Your monthly expenses.** Add lines 5 through 21. The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. | $ | 2,866.93 |

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1            **Troy Richard Broitzman**
                    _First Name_ _____ _Middle Name_ _____ _Last Name_

Debtor 2
(Spouse if, filing)  _First Name_ _____ _Middle Name_ _____ _Last Name_

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number    **2:23-bk-00818**
(if known)

■ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach _Bankruptcy Petition Preparer's Notice,
                                                    Declaration, and Signature_ (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Troy Richard Broitzman**               X _____
  **Troy Richard Broitzman**                      Signature of Debtor 2
  Signature of Debtor 1

  Date  **September 29, 2023**                    Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Troy Richard Broitzman** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | 2:23-bk-00818 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$2,050,799.67** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Troy Richard Broitzman**                    Case number *(if known)* **2:23-bk-00818**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ■ Wages, commissions, bonuses, tips | $284,444.42 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | ☐ Wages, commissions, bonuses, tips | $1,762,287.36 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips | $1,010,808.01 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips | $2,359,945.82 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips | $1,104,950.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | **2020 tax refund** | $175.00 | | |

### Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Lake Michigan Credit U**<br>**4027 Lake Dr SE**<br>**Grand Rapids, MI 49546** | **monthly** | **$12,130.23** | **$399,377.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Wells Fargo Dealer Services**<br>**PO Box 25341**<br>**Santa Ana, CA 92799-5341** | **monthly** | **$4,841.31** | **$89,328.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Lake Michigan Credit U**<br>**4027 Lake Dr SE**<br>**Grand Rapids, MI 49546** | **monthly** | **$3,063.03** | **$47,057.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **SEE ATTACHMENT TO SOFA** | | **$0.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pearl Delta Funding v. Troy Broitzman and Broit Builders, Inc.**<br>610732/2023 | **Breach of Contract** | **Supreme Court of the State of New York**<br>**Nassau County**<br>**240 Old County Road**<br>**Mineola, NY 11501** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Stoneburner v. Blue Heron Inn SKDR, LLC, et al.**<br>21-CA-1608 | **Petition for Validation of Tax** | **Collier County Clerk**<br>**3315 Tamiami Trail East, Suite 102**<br>**Naples, FL 34112** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1   **Troy Richard Broitzman**        Case number *(if known)*  **2:23-bk-00818**

---

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Dellutri Law Group, PA**<br>**1436 Royal Palm Square Blvd**<br>**Fort Myers, FL 33919**<br>**www.DellutriLawGroup.com** | **$3923 (attorney's fees, filing fee, credit counseling, credit check, financial management course)** | **July 2023** | **$3,923.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Tesla**<br>**8900 Colonial Center Dr**<br>**Fort Myers, FL 33905** | **2020 Tesla Model Y VIN # 5YJYGDEF9LF037766** | **Vehicle was used as a trade in for the 2022 Tesla** | **May 28, 2022** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |
| **MidGuard Storage 5725 Collier Blvd Naples, FL 34114** | **Debtor** | **household goods** | ☐ No ■ Yes |
| **Cain-Jones Storage 3500 Radio Rd Naples, FL 34104** | **Debtor** | **personal belongings and some business tools** | ☐ No ■ Yes |
| **Hideout Elite RV Storage 7593 Cordoba Cir Naples, FL 34109** | **Debtor** | **RVs listed on Schedule B and some items for the home renovation** | ☐ No ■ Yes |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

| **Part 10:** | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

Debtor 1    **Troy Richard Broitzman**                                    Case number *(if known)* **2:23-bk-00818**

hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Majestic Lake, LLC<br>1588 Vizcaya Lane<br>Naples, FL 34113** | **LLC started to develope a parcel of real property.  Never materialized.** | EIN:    **85-0702758**<br><br>From-To  **Believed to be Still Active** |
| **BROIT BUILDERS INC<br>1588 Vizcaya Ln<br>Naples, FL 34113** | | EIN:    **81-0935682**<br><br>From-To  **01/01/2016 to present** |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |
| **Many business creditors**<br>**Also, other creditors who the**<br>**Debtor**<br>**sought to borrow from** | **Debtor was required to provide**<br>**personal financial statements to**<br>**many, if not all, of the business**<br>**creditors and others when he**<br>**sought credit for the business.** |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Troy Richard Broitzman**
_____                     _____
**Troy Richard Broitzman**                                  **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **September 29, 2023**                           Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1     **Troy Richard Broitzman**
          First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **2:23-bk-00818**
(if known)

■ Check if this is an
    amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**    **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Alliance Funding Group**<br><br>Description of property securing debt: **Business - Personal Guarantee 2019 Merlo 50.18 TH, 2009 Columbia 241** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Alliant Credit Union**<br><br>Description of property securing debt: **2022 Newmar BayStar 3416 RV Purchased for business use, but was purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit. VIN # 1F66F5DN0M0A03467** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Debtor 1 **Troy Richard Broitzman**  Case number *(if known)* **2:23-bk-00818**

---

Creditor's name: **Amur Equipment Finance**

Description of property securing debt: **Business - Debtor does not believe that there is a Personal Guarantee on this debt, but is not 100% sure.**
**Cat 262 skid loader, grapple and acc., Brancon MM60 Skid Steer Mulcher, 2021 Dorsey AL 53' W/ T15 857, 2021 Dorsey AL 53'W/T14 859**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name: **Ascentium Capital**

Description of property securing debt: **Business - Debtor does not believe that there is a personal guarantee on this debt, but, is not 100% sure.**
**2007 Moffett W/T30, 2007 Reitnauer AL 53' TX 455 W/E33**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name: **Blue Bridge Financial**

Description of property securing debt: **Business - Debtor does not believe that there is a personal guarantee on this debt, but, is not 100% sure**
**2007 Wilson AL 813 W/E34, 2011 Moffett 4 wya 128 W/ T31, 2019 Ram 3500, 2019 Chevy Silverado**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name: **Bridgestone Capital**

Description of property securing debt: **Business - Debtor Believes he has a personal guarantee on this equipment**
**Equiptment**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name: **Channel Partners**

Description of property securing debt: **Business- Debtor believes that he may have a personal guarantee on this debt.**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's **CIT/First Citizens Bank & Tr**

Debtor 1    **Troy Richard Broitzman**                           Case number *(if known)* **2:23-bk-00818**

| | | | |
|---|---|---|---|
| name: | | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he may have a personal guarantee on this debt**<br>**Secured by: 2018 Cascadia 412, 2016 Cascadia 214 Auto 214, 2016 Cascadia 034 Auto 034, 2016 Cascadia 082 Auto 082, 2016 Cascadia 086 Auto 086, 2016 Cascadia 089** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Commercial Capital Company** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he may have a personal guarantee on this debt  2019 Freightliner Cascadia 830 Auto, 2017**<br>**Wilson all AL 53' Trailer 627, 2017 Wilson all**<br>**AL 53' Trailer 629, 2007 Utility Combo 48'**<br>**304 Equiplinc, 2006 ETC.** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Corning Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: | **1588 Vizcaya Lane Naples, FL 34113  Collier County** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Corporation Service Company** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
| Description of property securing debt: | **Business Debtor believes that he has a personal guarantee on this debt**<br>**Multiple UCC-1s on all assets** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **CT Corporation System** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he has a personal obligation on this debt.**<br>**UCC 1 filings on many assets of the company** | | |

Debtor 1    **Troy Richard Broitzman**      Case number *(if known)* **2:23-bk-00818**

| Creditor's name: | **Dakota Financial, LLC** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Business - Debtor has a personal guarantee on this obligation:**<br>**Secured: 2007 Moffett 55.4P w/ E16 E17, E15 2012 Merlo 50.18 Telehandler 16 17, 2016 Magni RTH 5.25S** | | |

| Creditor's name: | **Engs/Mitsubishi HC Capital** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Business - Debtor believes he has a personal obligation on this debt.**<br>**Secured: 2024 Dorsey DD Combo 996, 2024 Dorsey DD Combo 997, 2024 Dorsey DD Combo 998, 2024 Dorsey DD Combo 999, 2024 Dorsey DD Combo 000, 2024 Dorsey DD Combo 001** | | |

| Creditor's name: | **Financial Pacific Leasing** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Business - Debtor believes he has a personal obligation on this debt.**<br>**Secured: 2013 Moffett 55.4P 228, 2020 Dorsey AL 53? 238 W/ S11, 2003 Columbia Semi 070 W/ T16** | | |

| Creditor's name: | **First Citizens Bank & Trust** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Business - Debtor believes that he has a personal obligation on this debt.**<br>**Secured: 2019 Dorsey DD 799, 2019 Dorsey DD 215, 2020 Dorsey Drop Deck** | | |

| Creditor's name: | **First Corporate Solutions** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|

Debtor 1 **Troy Richard Broitzman**                         Case number *(if known)* **2:23-bk-00818**

| | |
|---|---|
| name: | ☐ Retain the property and redeem it.      ☐ Yes |

Description of property securing debt: **Business - Debtor believes that he has a personal guarantee on this obligation Secured: All assets - UCC -1**

☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

_____

---

Creditor's name: **Frankenmuth Credit Union**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No

■ Yes

Description of property securing debt: **2005 Newell Coach 45' RV VIN # 1N9458X8951011741 *This is currently being remodeled and is completely disassembled and in pieces and does not have very much value until it is remodeled and finished. Debtor is currently trying to negotiat**

---

Creditor's name: **Frankenmuth Credit Union**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No

■ Yes

Description of property securing debt: **2007 Newell Coach 45' RV VIN # 1N9458X8571011206 Purchased for personal use, but was purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**

---

Creditor's name: **Frankenmuth Credit Union**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No

■ Yes

Description of property securing debt: **2022 Tiaga Motors Orca JetSki VIN # YEZC0071K222 *Has some hull damage on the bottom and side VIN # YEZC0072K222 Purchased for personal use and goes with the 2022 trailer**

---

Creditor's name: **Kapitus Servicing, Inc.**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

Description of property securing debt: **Business - Debtor is sure there is a personal guarantee on this debt.**

---

Debtor 1   **Troy Richard Broitzman**                                          Case number *(if known)*  **2:23-bk-00818**

| | | |
|---|---|---|
| Creditor's name: | **Lake Mich Cu** | |
| | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | |
| | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | ☑ Yes |
| Description of property securing debt: | **2021 Tesla Model Y Long Range 32,785 miles VIN # 5YJYGDEE2MF189980 Paid for by the business but debtor signed personally** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Lake Michigan Credit U** | |
| | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | |
| | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | ☑ Yes |
| Description of property securing debt: | **1588 Vizcaya Lane Naples, FL 34113  Collier County** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Marlin Leasing** | |
| | ☑ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | |
| | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that there is a personal guarantee on this obligation Secured: 2008 Mac AL 48' 767 W/ T29, 2002 Reitnouer AL 47' 600 W/ T28** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Maxim Com Cap** | |
| | ☑ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | |
| | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he has a personal guarantee on this obligation** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Midland States Bank** | |
| | ☑ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | |
| | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he has a personal obligation on this debt. Secured:  2022 Merlo Roto 50.35 RTH** | ☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **North Mill Credit Trust** | |
| | ☑ Surrender the property. | ☑ No |
| | ☐ Retain the property and redeem it. | |
| | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **Business Debtor believes that he has a personal guarantee on this obligation** | ☐ Retain the property and [explain]: |

Debtor 1  **Troy Richard Broitzman**                    Case number *(if known)* **2:23-bk-00818**

| | | | |
|---|---|---|---|
| Creditor's name: | **Parkside Funding Group LLC** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor is sure that he has a personal obligation on this debt.** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Pawnee Leasing** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he has a personal obligation on this debt.**<br>**Secured:  Equipment** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Pearl Capital** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor is sure that he has a personal obligation on this debt.**<br>**Secured:  Future Receivables, Merchant Cash Advance** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Raney Truck Sales** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Business Debtor believes that he has a personal guarantee on this obligation.**<br>**Secured:  Moffett Trailer** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Sheffield Financial** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Business - Debtor believes that he has a personal obligation on this debt.** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Stearns Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |
| Description of | **Business - Debtor believes that he has a personal obligation on this debt.**<br>**Secured:  2005 Moffett with E10 E12 T9, 2008 Hyster with E9 E12 T9, Generator with E9 E10 T9,** | | |

Debtor 1   **Troy Richard Broitzman**                                          Case number *(if known)*   **2:23-bk-00818**

| | |
|---|---|
| property securing debt: | **2019 Dorsey DD with E9 E10 E12, 2011 Ram 5500 and Flat Bed w/ P5, 2** |

☐ Retain the property and [explain]:

---

Creditor's name:   **Stearns Bank, N.A.**

Description of property securing debt:   **Business - Debtor believes that he has a personal obligation on this debt**
**Secured:  Equipment/Forklifts, Trailer and Generator**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]

■ No

☐ Yes

---

Creditor's name:   **U.S. Bank Equipment Finance**

Description of property securing debt:   **Business - Debtor believes that he has a personal obligation on this debt.**
**Secured:  2022 Transcraft Combo 339, 2014 Skytrac GA 8K, 2014 JLG 10K GA, 2020 East 48'**
**AL Flatbed 104, 2008 Reitnouer 48' AL**
**Flatbed 418, 2008 Mac 48? AL Flat B**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:   **US Alliance Federal Cr**

Description of property securing debt:   **2011 Newell Coach 45' RV VIN # 1N9458X86B1011417 Purchased with the intention of rebuilding and reselling after coming up with ways to make it more efficient, so he could sell at a profit.**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No

■ Yes

---

Creditor's name:   **US Small Business Administra**

Description of property securing debt:   **Business - Debtor believes that he is personally obligated on this debt.**
**Secured:  UCC-1**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

Creditor's name:   **Wells Fargo Dealer Services**

Description of   **2022 Tesla Model X 17,000 miles**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*

■ No

☐ Yes

---

Debtor 1   **Troy Richard Broitzman**                              Case number *(if known)*  **2:23-bk-00818**

| property securing debt: | **VIN # 7SAXCDE52NF342014 Used for Business Purposes Car has already been surrendered.** | ☐ Retain the property and [explain]: |

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:  **Cain-Jones Storage** | ☐ No  ■ Yes |
| Description of leased Property:  **Storage unit in Naples, Florida. Personal Marital Property included** | |
| Lessor's name:  **Hideout Elite RV Storage** | ☐ No  ■ Yes |
| Description of leased Property:  **RV storage (inside and outside units)  Also has stuff for a house remodel** | |
| Lessor's name:  **MidGuard Storage** | ☐ No  ■ Yes |
| Description of leased Property:  **3 Storage units with marital property and stuff for remodeling the house Oven, cook-top, windows, boxes, tools, old furniture** | |

---

**Part 3:**   **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Troy Richard Broitzman**                          X  _____
   **Troy Richard Broitzman**                                 Signature of Debtor 2
   Signature of Debtor 1

Date  **September 29, 2023**                              Date  _____