**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

TROY BROITZMAN,                     Chapter 7
                                         Case No.: 2:23-bk-00818-FMD
       Debtor.
_____/

## DEBTOR'S NOTICE OF FILING

COMES NOW the Debtor, by and through undersigned counsel, and hereby notifies the Court that the following documents were filed and served:

1. Amended Summary of Schedules
2. Amended Schedule(s) A,B,C,D,E,F,G,H,I and J
3. Declaration of Amended Schedules
4. Amended Statement of Financial Affairs
5. Amended Statement of Intentions

## CERTIFICATION OF SERVICE

I hereby certify that on September 29, 2023, the persons on the attached list were served with the foregoing along with a copy of the Notice of Commencement of Bankruptcy Case, Meeting of Creditors & Deadlines by U.S. mail (if not receiving electronic notice through CM/ECF).

FinPac, 3455 South 344th Way, Suite 300, Auburn, WA 98001

RBR Global Inc., 1540 International Pkwy Suite 3030, Lake Mary, FL 32746

                                         THE DELLUTRI LAW GROUP, P.A.
                                         1436 Royal Palm Square Blvd.
                                         Fort Myers, FL 33919
                                         239-939-0900
                                         239-210-3683 – Dir.
                                         239-939-0588 – Fax
                                         www.DellutriLawGroup.com

                                         ***/s/ Carmen Dellutri***
                                         Carmen Dellutri, Esq.
                                         FBN: 0044385
                                         CDellutri@DellutriLawGroup.com

17097.02