Label Matrix for local noticing
113A-2
Case 2:23-bk-00818-FMD
Middle District of Florida
Ft. Myers
Fri Sep 29 07:44:16 EDT 2023

Ally Financial, c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Troy Richard Broitzman
1588 Vizcaya Lane
Naples, FL 34113-8638

Commercial Capital Company, L.L.C.
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

Caryl E. Delano
Tampa
, FL

Frankenmuth Credit Union
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank
P.O. Box 9013
Addison, TX 75001-9013

Kapitus Servicing, Inc., as authorized sub-s
c/o J. Ryan Yant
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Lake Michigan Credit Union
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

ABC Supply 500
760 NE 19th Place
Cape Coral, FL 33909-5176

ABC Supply Co Inc.
PO Box 742067
Atlanta, GA 30374-2067

(p)AFFINITY PLUS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
175 W LAFAYETTE FRONTAGE ROAD
SAINT PAUL MN 55107-1400

(p)ALLIANCE FUNDING GROUP
17542 17TH STREET
SUITE 200
TUSTIN CA 92780-1960

Alliance Funding Group
c/o Corporation Service Co
PO Box 2576
Springfield, IL 62708-2576

Alliant Credit Union -
Pob 66945
Chicago, IL 60666-0945

Amur Equipment Finance
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68802-2555

Arcpoint Labs of Fort Myers
4350 Fowler Street
Suite 2
Fort Myers, FL 33901-2600

(p)ASCENTIUM CAPITAL
Attn: Dominic Diloreto
239070 US 59 North
Kingwood, TX 77339

Auto-Insurance Owners
6101 Anacapri Blvd.
Lansing, MI 48917-3968

BB&T/Truist
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894-1847

BB&T/Truist
Po Box 25217
Winston Salem, NC 27114

BMO Harris Bank, N.A. -
PO Box 3040
Cedar Rapids, IA 52406-3040

Beacon Building Products
4075 Edison Ave
Fort Myers, FL 33916-4831

Blu Site Solutions
PO Box 61809
Fort Myers, FL 33906-1809

Blue Bridge Financial
11921 Freedom Drive
Reston, VA 20190-6225

Bluevine
30 Montgomery St, Suite #1400
Jersey City, NJ 07302-3857

Bluevine
401 Warren Street
Redwood City, CA 94063-1536

Bridgestone Capital
Attn: Travis Patterson
10125 S 52nd Street
Franklin, WI 53132-8677

CIT/First Citizens Bank & Trust Co
10201 Centurion Pkwy N #100
Jacksonville, FL 32256-4114

CT Corporation
330 N Brand Blvd Ste 700
Attn SPRS
Glendale, CA 91203-2336

| | | |
|---|---|---|
| CT Corporation System<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 | Channel Partners<br>10900 Wayzata Blvd, #300<br>Minnetonka, MN 55305-1576 | Charles Weitzel CPA<br>6810 Front Street<br>Stock Island, FL 33040-6054 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | ChexSystems<br>Consumer Relation<br>7805 Hudson Rd Ste 100<br>Woodbury, MN 55125-1595 | Chrysler Capital Leasing<br>PO Box 660647<br>Dallas, TX 75266-0647 |
| Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Commercial Capital Company<br>13910 W 96th Terrace<br>Lenexa, KS 66215-1228 |
| Commercial Capital Company, L.L.C. -<br>Stephen D. McGiffert<br>Payne & Jones, Chartered<br>11000 King Street<br>Overland Park, KS 66210-1286 | Commercial Capital Company, LLC<br>13910 W 96th Terrace<br>Shawnee Mission, KS 66215-1228 | Corning Credit Union<br>Pob 1450<br>Corning, NY 14830-1050 |
| Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Dakota Financial, LLC<br>11766 Wilshire Blvd<br>Suite 550<br>Los Angeles, CA 90025-6570 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Engs/Mitsubishi HC Capital America, Inc.<br>One Pierce Place<br>Suite 1100<br>Itasca, IL 60143-3149 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | (p)EQUIPMENTSHARE<br>ATTN TIM JOHNSON<br>2000 E BROADWAY PMB 124<br>COLUMBIA MO 65201-6009 | Experian<br>475 Anton Boulevard<br>Costa Mesa, CA 92626-7037 |
| Express Employment<br>7370 College Parkway<br>Suite 304<br>Fort Myers, FL 33907-5501 | FL UCC Statement Service<br>503 East Jackson St #510<br>Tampa, FL 33602-4904 | FinPac<br>3455 South 344th Way<br>Suite 300<br>Auburn, WA 98001-9546 |
| Financial Pacific Leasing<br>PO Box 4568<br>Auburn, WA 98063-4568 | First Citizens Bank & Trust<br>21146 Network Place<br>Chicago, IL 60673-1211 | First Citizens Bank & Trust<br>3055 Tamiami Trail<br>Naples, FL 34103-4102 |
| First Corporate Solutions<br>914 South Street<br>Sacramento, CA 95811 | Frankenmuth Credit Union<br>Attn: Bankruptcy<br>Po Box 209<br>Frankenmuth, MI 48734-0209 | Frankenmuth Credit Union -<br>Po Box 209<br>Frankenmuth, MI 48734-0209 |

| | | |
|---|---|---|
| Gibula Transportation LLC<br>14627 Fern Lake Court<br>Naples, FL 34114-8671 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Goldman Sachs Bank USA<br>Lockbox 6112<br>Philadelphia, PA 19170-0001 |
| Internal Revenue Service -<br>Central Insolvency Op<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A. -<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Howard Whitehead<br>1622 Viscaya Parkway<br>Cape Coral, FL 33990-3245 |
| Jimenez Transports LLC<br>1209 Everglade Ave<br>Labelle, FL 33935-6451 | Kapitus Servicing, Inc. -<br>2500 Wilson Boulevard<br>Suite 350<br>Arlington, VA 22201-3873 | Kelly Tractor<br>8255 NW 58 Street<br>Miami, FL 33166-3493 |
| Kelly Tractor<br>PO Box 736001<br>Dallas, TX 75373-6001 | Kimworth Investments, LLC<br>PO Box 1526<br>Arcadia, FL 34265-1526 | LCMU Credit<br>PO Box 2848<br>Grand Rapids, MI 49501-2848 |
| Lake Mich Cu<br>4027 Lake Dr<br>Grand Rapids, MI 49546-8812 | (p)LAKE MICHIGAN CREDIT UNION<br>PO BOX 2848<br>GRAND RAPIDS MI 49501-2848 | Lake Michigan Credit U<br>4027 Lake Dr SE<br>Grand Rapids, MI 49546-8812 |
| Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Maxim Com Cap<br>11620 Wilshire Blvd<br>Suite 540<br>Los Angeles, CA 90025-1778 | Midland States Bank<br>1801 Park 270 Drive<br>Suite 200<br>Saint Louis, MO 63146-4022 |
| Midland States Bank<br>PO Box 24245<br>Seattle, WA 98124-0245 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| North Mill Credit<br>601 Merritt 7, Suite 5<br>Norwalk, CT 06851-1097 | North Mill Credit Trust<br>9 Executive Circle<br>Suite 230<br>Irvine, CA 92614-4701 | Nuevo Leon Transport Inc<br>1341 Pollywog Drive<br>Labelle, FL 33935-5937 |
| Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 | Parkside Funding Group LLC<br>865 Nj-33 Business 3 Unit 192<br>Freehold, NJ 07728 | Parkside Funding Group LLC<br>c/o Tawil Tax And Accounting Solutions<br>7 Sherwood Drive<br>Lakewood, NJ 08701-5222 |
| (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | PayPal Working Capital<br>POB 5018<br>Timonium, MD 21094-5018 | Pearl Capital<br>525 Washington Blvd<br>Suite 2200<br>Jersey City, NJ 07310-2603 |

| | | |
|---|---|---|
| Performance Truck Tire<br>4035 23rd Ave SW<br>Naples, FL 34116-6552 | RBR Global, LLC<br>1540 International Pkwy<br>Suite 3030<br>Lake Mary, FL 32746-5096 | Raney Truck Sales<br>1650 NW 38TH Avenue<br>Ocala, FL 34482-4033 |
| Resurgent Capital Services<br>POB 510090<br>Livonia, MI 48151-6090 | Samsara<br>1 De Haro Street<br>San Francisco, CA 94103-5205 | Sheffield Financial<br>PO Box 25127<br>Winston Salem, NC 27114-5127 |
| Social Sec. Admin. Gen. Coun<br>Rm 611, Altmeyer Bldg<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001 | Southern On-Site Services<br>870 Ruby Drive<br>North Fort Myers, FL 33903-5786 | Southport Truck Group<br>7528 US HWY 301 N<br>Tampa, FL 33637-6769 |
| (p)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | Stearns Bank Equipment Finance<br>PO Box 327<br>Albany, MN 56307-0327 | Sugarloaf Yacht Club, Inc.<br>1709 Ferris Avenue<br>Orlando, FL 32803-1811 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 71727<br>Philadelphia, PA 19176-1727 | T&C Leasing DBA Team Funding Solutions<br>5351 Thunder Creek<br>Austin, TX 78759-4021 |
| Tony's Trucking<br>PO Box 482<br>Arcadia, FL 34265-0482 | Total Quality Logistics<br>1901 W Cypress Creek Rd #300<br>Fort Lauderdale, FL 33309-1838 | Total Quality Logistics<br>PO Box 634558<br>Cincinnati, OH 45263-4558 |
| TransUnion Consumer Solution<br>P.O. Box 2000<br>Chester, PA 19016-2000 | U.S. Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | US Attorney's Office MD Fla<br>400 N Tampa St Ste 3200<br>Tampa, FL 33602-4774 | US Small Business Administration<br>2 North Street<br>Suite 20<br>Birmingham, AL 35203 |
| (p)USALLIANCE FEDERAL CREDIT UNION<br>300 APOLLO DR<br>CHELMSFORD MA 01824-3629 | Waste Pro<br>13110 Rickenbacker Pkwy<br>Fort Myers, FL 33913-8847 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 |
| Wells Fargo Dealer Services<br>Po Box 71092<br>Charlotte, NC 28272-1092 | Workplace Screening Intelligence<br>110 Athletes Row<br>Apopka, FL 32703-6326 | Xtra Lease<br>405 Thorpe Rd<br>Orlando, FL 32824-8132 |

| | | |
|---|---|---|
| Xtra Lease<br>PO Box 219562<br>Kansas City, MO 64121-9562 | Robert E Tardif Jr. +<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | Carmen Dellutri +<br>The Dellutri Law Group PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 |
| United States Trustee - FTM7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Matthew L Schulis +<br>Orlans PC<br>621 S. Federal Highway<br>Suite 10<br>Ft. Lauderdale, FL 33301-3145 | Craig Andrew Edelman +<br>Bonial & Associates PC<br>P.O. Box 9013<br>Addison, TX 75001-9013 |
| Nicole Mariani Noel +<br>Kass Shuler, P.A.<br>PO Box 800<br>Tampa, FL 33601-0800 | John R Yant +<br>Carlton Fields Jorden Burt, P.A.<br>4221 West Boyscout Boulevard, Suite 1000<br>Post Office Box 3239 (33601)<br>Tampa, FL 33601-3239 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Affinity Plus Federal CU<br>175 W Lafayette Frontage Rd<br>St Paul, MN 55107 | (d)Affinity Plus Federal Credit Union<br>175 W Lafayette Rd<br>Saint Paul, MN 55107 | (d)Affinity Plus Federal Credit Union<br>Attn: Bankruptcy<br>175 West Lafayette Frontage Road<br>St. Paul, MN 55107 |
| Alliance Funding Group -<br>17542 17th Street #200<br>Tustin, CA 92780 | Ascentium Capital<br>23970 Highway 59 N<br>Humble, TX 77339 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 |
| (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | (d)Chase Credit<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Equifax Credit Information<br>Services, Inc.<br>P.O. Box 740241<br>Atlanta, GA 30374 |
| EquipmentShare<br>5710 Bull Run Drive<br>Columbia, MI 65201 | Lake Mich Cu<br>Attn: Bankruptcy<br>Po Box 2848<br>Grand Rapids, MI 49501 | (d)Lake Michigan Credit Union -<br>PO Box 2848<br>Grand Rapids, MI 49501 |
| Pawnee Leasing<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO 80525 | Stearns Bank<br>201 Center Road<br>Venice, FL 34285 | (d)Stearns Bank<br>500 - 13th Street<br>P.O. Box 750<br>Albany, MN 56307 |
| (d)Stearns Bank, N.A.<br>500 13th Street<br>Albany, MN 56307 | Usalliance Federal Cr<br>600 Midland Avenue<br>Rye, NY 10580 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A., d/b/a Wells Fargo

(d)JPMorgan Chase Bank, N.A. -
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    127
Bypassed recipients      3
Total                  130